**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2023-0174, <u>In the Matter of Kimberly LaFleur and Roger LaFleur</u>, the court on May 1, 2024, issued the following order:**

The motion to withdraw filed by the respondent's counsel is granted. The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The respondent, Roger LaFleur (husband), appeals a final decree of the Circuit Court (<u>Quigley</u>, J.), issued following a hearing, in his divorce from the petitioner, Kimberly LaFleur (wife). On appeal, the husband argues that the trial court erred in a prior order by denying his motion to appoint a guardian ad litem. As the appealing party, the husband has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's decision, the husband's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the husband has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8). Further, any issues raised in the husband's notice of appeal that were not subsequently briefed are waived. <u>See</u> <u>In re Estate of King</u>, 149 N.H. 226, 230 (2003).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**